Elizabeth J. Cabraser (CA SBN 83151)
ecabraser@lchb.com
Scott P. Nealey (CA SBN 193062)
snealey@lchb.com
Nimish R. Desai (CA SBN 244953)
ndesai@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>Judge Charles R. Breyer |
| **This Order Relates to:**<br><br>Ayers v. Pfizer Inc., et al.<br>No. C-05-3770<br><br>Cherdak v. Pfizer, Inc., et al.<br>No. C-08-cv-02477<br><br>Daroogar v. Merck & Co., Inc., et al.<br>No. C-07-1061<br><br>Daubert et al. v. Pfizer, Inc. et al.<br>No. C-07-1493<br><br>Eliscu v. Merck & Co., Inc., et al.<br>No. C-06-3274<br><br>Kinzer et al. v. Pfizer, Inc., et al.<br>No. C-06-01714<br><br>Solis-King et al. v. Pfizer, Inc., et al.<br>No. M:06-CV-00371 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs NANCY AYERS, ERIK B. CHERDAK, SHAHIN DAROOGAR, PAMELA DAUBERT, WALTER DAUBERT, RICHARD ELISCU, LIZETTE KINZER,

805117.2                                          - 1 -

1  WILLIAM SCOTT KINZER, CONSUELO SOLIS-KING, AND JERRY B. KING, and
2  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with
4  each side bearing its own attorneys' fees and costs.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

805117.2

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 12, 2009 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | By: /s/ Scott P. Nealey |

Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
snealey@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

Dated: ~~March~~ May 18, 2009    DLA PIPER LLP (US)

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ~~March~~ May 29, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]

805117.2

- 3 -